# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| v. | CASE NUMBER: 08-mj-01191-MEH |
| RICHARD A. SNAPP | Edward Pluss (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18: 13(a) | issuing checks with non-sufficient | 9/15/2006 | 1 |

The defendant is sentenced to 1 year unsupervised probation. The defendant is ordered not to have any violations of law during the probationary period.
Restitution to be paid to:
NASA Exchange Lodge
PO Box 17
Moffett Field, CA 94035

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $25.00 | None |
| | $3,876 | Restitution |

4/14/2009
Date of Imposition of Judgment

s/Craig B. Shaffer
Signature of Judicial Officer

Craig B. Shaffer, U.S. Magistrate Judge
Name & Title of Judicial Officer

4/15/2009
Date